**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-60630-RAR**

**WENDY ST. ELIEN**,

      Plaintiff,

v.

**ALL COUNTY ENVIRONMENTAL SERVICES, INC.**, *et al.,*

      Defendants.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Granting Defendants' Motion for Judgment as a Matter of Law [ECF No. 80], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants as to Count I of the Complaint [ECF No. 1]. Plaintiff shall take nothing by this action and Defendants shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of March, 2020.

                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**