UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60630-RAR

**WENDY ST. ELIEN**,

    Plaintiff,

v.

**ALL COUNTY ENVIRONMENTAL SERVICES, INC.**, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Voluntary Dismissal of Claims [ECF No. 107] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of June, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record